**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**LORETTA MARIE STANLEY,**

**-vs-**                                                           **Case No.  6:05-cv-1577-Orl-19DAB**

**LIFE INSURANCE COMPANY OF**
**NORTH AMERICA,**

      **Defendant.**
_____

## ORDER

  This cause came on for consideration without oral argument on the following motions filed herein:

| | |
|---|---|
| **MOTION:** | **PLAINTIFF'S MOTION TO COMPEL DEFENDANT LIFE INSURANCE COMPANY OF NORTH AMERICA TO PRODUCE THOROUGH AND COMPLETE RESPONSES TO PLAINTIFF'S FIRST INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS (Doc. No. 47)** |
| **FILED:** | **July 19, 2006** |

**THEREON** it is **ORDERED** that the motion is **DENIED** as moot.

| | |
|---|---|
| **MOTION:** | **MOTION TO ABATE COUNTS B & C OF PLAINTIFF'S COMPLAINT (Doc. No. 48)** |
| **FILED:** | **July 27, 2006** |

**THEREON** it is **ORDERED** that the motion is **DENIED** as moot.

Pursuant to the parties' Stipulation, discovery concerning Counts B & C of Plaintiff's Complaint shall be abated until such time as ERISA preemption is determined or the contractual dispute regarding the policy and benefits is determined. *See* Doc. No. 50.

**DONE** and **ORDERED** in Orlando, Florida on August 11, 2006.

*David A. Baker*
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record